

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 03-00952-GW |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| JOSE RUBEN ERUSTES, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by cond. of release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by cond. of release_

IT IS ORDERED defendant be detained.

DATED: July 31, 2009.

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE